Name: Kevin Jones Jr. BN1503
Topaz Johnson BK9517
Ian Henderson AH5592

CDC No: _____

Address: High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

FILED
Jul 14, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

Kevin Jones Jr. BN1503
Topaz Johnson BK9517
Ian Henderson AH5592
Plaintiff/Petitioner,

vs.

High Desert State Prison (Warden)
Sergeant Sylva

Defendants/Respondent.

CASE NUMBER: 2:22-cv-1235-EFB (PC)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Kevin Jones Jr. / Topaz Johnson / Ian Henderson, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  X Yes  __ No  (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. High Desert State Prison

2. Are you currently employed (includes prison employment)?  __ Yes  X No

   a. If the answer is "yes" state the amount of your pay. N/A

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:  __ Yes  X No

   b. Rent payments, interest or dividends:  __ Yes  X No

-1-

c.  Pensions, annuities or life insurance payments:  ___ Yes   _X_ No

d.  Disability or workers compensation payments:  ___ Yes   _X_ No

e.  Gifts or inheritances:  ___ Yes   _X_ No

f.  Any other sources:  ___ Yes   _X_ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive (attach an additional sheet if necessary).

4.  Do you have cash (includes balance of checking or savings accounts)?  ___ Yes  _X_ No

If "yes" state the total amount: _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ___ Yes   _X_ No

If "yes" describe the property and state its value: _____

6.  Do you have any other assets?  ___ Yes   _X_ No

If "yes," list the asset(s) and state the value of each asset listed:

N/A

7.  List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

N/A

**IMPORTANT:**  This form must be dated and signed below in order for the court to consider your application.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

6/ /2022
DATE

/s/ _____ Kevin Jones Jr.
/s/ _____ Topaz Johnson
/s/ _____ Ian Henderson
SIGNATURE OF APPLICANT

NOTE:  Within sixty days from the date of this application you must forward to the court a certified copy of your prison trust account statement showing transactions for the past six months.

(Revised 04/2014)

-2-

Date\Time: 3/16/2022 2:19:42 PM
Institution: IHQ0

Case 2:22-cv-00449-JDP   Document 4   Filed 03/16/22   Page 1 of 2   CDCR 2:22-cv-00449-JDP (PC)

## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BN1503 | JONES, KEVIN | HDSP | Z 001 1 | 100001 |

Current Available Balance: $0.13

FILED
Mar 16, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Robert Shortz/ Trust office

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 09/01/2021 | HDSP | BEGINNING BALANCE | | | | $32.80 |
| 09/02/2021 | HDSP | LEGAL COPY | LC 08.26.21 | | ($1.40) | $31.40 |
| 09/02/2021 | HDSP | LEGAL COPY | LC 08.262021 | | ($2.00) | $29.40 |
| 09/02/2021 | HDSP | LEGAL COPY | LC 08.20.21 | | ($0.60) | $28.80 |
| 09/02/2021 | HDSP | LEGAL COPY | LC 09.01.21 | | ($3.50) | $25.30 |
| 09/08/2021 | HDSP | LEGAL COPY | LC 09.01.21 | | ($0.30) | $25.00 |
| 09/10/2021 | HDSP | SALES | 3 | | ($25.00) | $0.00 |
| 12/17/2021 | HDSP | JPAY | 0000000138046563 | | $100.00 | $100.00 |
| 12/17/2021 | HDSP | RESTITUTION FINE PAYMENT | 0000000138046563 | | ($50.00) | $50.00 |
| 12/17/2021 | HDSP | ADMINISTRATIVE FEE | 0000000138046563 | | ($5.00) | $45.00 |
| 12/17/2021 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($1.00) | $44.00 |
| 12/17/2021 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($1.00) | $43.00 |
| 12/17/2021 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($2.00) | $41.00 |
| 12/17/2021 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($1.70) | $39.30 |
| 12/17/2021 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($2.20) | $37.10 |
| 12/17/2021 | HDSP | COPY CHARGES | LEGAL LOG | | ($0.10) | $37.00 |
| 12/17/2021 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($1.20) | $35.80 |
| 12/17/2021 | HDSP | COPY CHARGES | LEGAL LOG | | ($0.10) | $35.70 |
| 12/17/2021 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($1.90) | $33.80 |
| 12/17/2021 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($0.90) | $32.90 |
| 12/17/2021 | HDSP | REGULAR MAIL | POSTAGE | | ($3.56) | $29.34 |
| 12/17/2021 | HDSP | REGULAR MAIL | POSTAGE | | ($0.53) | $28.81 |
| 12/17/2021 | HDSP | REGULAR MAIL | POSTAGE | | ($1.76) | $27.05 |
| 12/17/2021 | HDSP | REGULAR MAIL | POSTAGE | | ($0.53) | $26.52 |
| 12/24/2021 | HDSP | LEGAL COPY | LC 12.23.21 | | ($3.60) | $22.92 |
| 01/04/2022 | HDSP | LEGAL COPY | LC 12.29.21 | | ($0.80) | $22.12 |
| 01/06/2022 | HDSP | SALES | 2 | | ($21.70) | $0.42 |
| 01/12/2022 | HDSP | LEGAL MAIL | LM 01.11.22 | | ($0.42) | $0.00 |
| 03/01/2022 | HDSP | JPAY | 0000000140572027 | | $30.00 | $30.00 |
| 03/01/2022 | HDSP | RESTITUTION FINE PAYMENT | 0000000140572027 | | ($15.00) | $15.00 |
| 03/01/2022 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($0.50) | $14.50 |
| 03/01/2022 | HDSP | COPY CHARGES | LIBRARY COPIES | | ($3.60) | $10.90 |
| 03/01/2022 | HDSP | REGULAR MAIL | POSTAGE | | ($2.76) | $8.14 |
| 03/01/2022 | HDSP | REGULAR MAIL | POSTAGE | | ($0.20) | $7.94 |

Handwritten annotations in left margin:
- indigent / indigent / 98 days (bracketing 09/02/2021 – 12/17/2021)
- indigent / days (bracketing 12/24/2021 – 01/12/2022)
- indigent (bracketing 03/01/2022 entries)

2