Mr. Kevin Jones Jr. BN1503
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**HIGH DESERT STATE PRISON**

**FILED**

SEP 14 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _AMC_
DEPUTY CLERK

United States District Court
For the Eastern District of California

| | |
|---|---|
| Kevin Jones Jr. ) | No. 2:22-cv-1235-TLN-EFB (PC) |
| Plaintiff ) | Request for Extension of Time to |
| ) | File Amended Complaint |
| vs. ) | |
| High Desert State Prison ) | |
| et al. ) | |
| Defendants ) | |

Comes now plaintiff Kevin Jones Jr. before this honorable court and hereby applies to the most honorable United States Magistrate Judge Mr. Edmund F. Brennan a request for extension of time to file his amended complaint in case no. 2:22-cv-1235-TLN-EFB (PC).

The request is made on the grounds that plaintiff had transpacked his property and he has sent a number of documents of proof pertaining to the instant case name and number to his residence of parole pursuant to the

# HIGH DESERT STATE PRISON

July 9, 2022 order of Superior Court Judge Renee Korn where she ordered plaintiff to be transported to the LA County Jail before the hearing of August 23, 2022. In 2020 when plaintiff was told by his counselor that he was being released with no probation or parole following his 2019 (November) reversal, he packed his property (exonerating evidence and all) and he put it in a box to be mailed to him within 1 week of his release. Plaintiff did the same thing following the order of July 9, 2022 where he actually sent his legal material, including the complaint in the instant case and the supporting documents home, because he anticipated a August 23, 2022 court release as the nature of his Habeas Corpus addressed the pertinent issue of false imprisonment and Breach of Contract, where he claimed and currently claims that he should have been released from CDCR per his 85 percent agreed to plea deal and per his time served credit status. at the time of his September 2020 plea. Plaintiff sent his documents home in good faith and to prevent his documents from being lost again as claimed in a previous civil suit (i.e. case no. _____  Kevin Jones Jr. vs. SVSP et al.

    The request is made for good cause and a 90 day continuance would be perfect and just to allow

Page 2

# HIGH DESERT STATE PRISON

plaintiff time to be released from custody, obtain his documents and supporting proof for the instant case and prepare and file an appropriate and sufficient Amended Complaint. Plaintiff was re-ordered to appear for a hearing scheduled for October 1, 2022. He will be released.

Dated: September 9, 2022

/s/ [signature]
Kevin Jones Jr.
Plaintiff in Pro Se

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Kevin Jones Jr.__, declare:

I am over 18 years of age and a party to this action. I am a resident of __High Desert State__ Prison,

in the county of __Lassen__, State of California. My prison address is: __P.O. Box 3030__,
__Susanville, CA 96127__.

On __9/11/2022__ (DATE),

I served the attached: __Request for Extention of Time__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __9/11/2022__ (DATE)   __[signature]__ (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                 ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-