Mr. Kevin Jones Jr. BN1503
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

FILED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

In the United States District Court
Eastern District of California

| | |
|---|---|
| Kevin Jones Jr.<br>Plaintiff<br><br>vs.<br><br>High Desert State Prison et al.<br>Defendant(s) | Case no: 2:22-cv-1235-TLN-EFB (PC)<br><br>Request for the court to take Judicial Notice that plaintiff [did] in fact file Government Claim on the issues in the instant case [before] filing suit |

Comes now plaintiff Mr. Kevin Jones Jr. before this honorable court and hereby requests that this court take judicial notice that plaintiff [did], in fact, file a government claim on the claims raised in the instant civil suit however, he has not yet received a claim number.

This judicial notice is made on the grounds that this honorable court, in its August 31, 2022 order at page 4 lines 22-23 mistakenly concluded that plaintiff had not alleged compliance with the California Tort Claims Act.

Plaintiff urges that self help manuals and textbooks that offer help to first time pro se litigants in civil cases consider filing a Government Claim as the last administrative remedy as it would be submitting a claim to the entity before filing suit in court. Plaintiff has requested his CDC 119 Form which will reveal that he filed numerous Government Claims within the appropriate time limits and he has requested his claim numbers and a itemized list of each claim filed from the Office of Risk Management. Moreover, plaintiff declares under penalty of perjury that he filed the appropriate claim and in the instant case when asked if he exhausted all of his administrative remedies before filing suit, he replied/answered in the affirmative. Thus, satisfying this honorable courts requirement that a Government Claim be filed before filing suit in court. Wherefore, upon confirmation that plaintiffs claim is suffice, he would be left with the remaining burden of proving that his complaint [has] claims upon which relief can be granted. especially after modification. and amendment.

Plaintiff further reminds this honorable court that per

...the July 9, 2022 order of Judge Renee F. Korn of the Los Angeles Superior Court to have plaintiff immediately transported to LA County Jail for a evidentiary hearing of October 1, 2022, plaintiff sent all of his legal material home including the documents related to the instant case because not only is plaintiff going to be issued court release, CDCR has previously lost his legal material (i.e documents and transcripts) that proved his innocence in case no. BA254741-02 People vs. Kevin Jones Jr. and he (plaintiff) did not want to take the chance again. as he had to plead out in the case as a result of CDCR's negligence and misadvisement of March 4, 2020 after his SECOND and SUCCESSFUL reversal of November 22, 2019. That proof has been established and litigated in case no. 22-cv-01700-JSC Kevin Jones Jr. vs Salinas Valley State Prison Case Records et. al. with District Judge Jacqueline Scott Corley presiding.

# Proof of Service By Mail By a Person in State Custody.

I, Kevin Jones Jr., hereby declare

1) I am a citizen of the United States & a taxpayer thereof

2) I am responsible for all of the filings in case no. 2:22-cv-1235-TLN-EFB (PC).

3) On September 15, 2022, I filed the enclosed Request for the Court to take Judicial Notice with the United States District Court Eastern District of California by placing said request in a sealed envelope with postage fully paid and correctly addressed. The request was mailed from P.O. Box 3030 Susanville, CA 96127.

I, declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/15/2022

/s/ _____
Kevin Jones Jr.