UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES, JR., | No. 2:22-cv-01235-TLN-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff seeks an extension of time of 90 days to file an amended complaint. ECF No. 14.

Plaintiff states that, due to his transfer to the L.A. County Jail and in anticipation of upcoming release, he has mailed his legal documents elsewhere and thus needs additional time to access them to prepare the amended complaint. *Id.*

It is hereby ORDERED that plaintiff's motion for an extension of time (ECF No. 14) is GRANTED, and plaintiff shall have 90 days from the date of this order to submit an amended complaint. Failure to comply with this order may result in a recommendation that this case be dismissed.

Dated: September 22, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE