UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES, JR., | No. 2:22-cv-01235-TLN-EFB (PC) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

  Plaintiff Kevin Jones, Jr., is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983.  On August 31, 2022, the court denied permissive joinder of Topaz Johnson and Ian Henderson as co-plaintiffs in this action. ECF No. 11.  The court informed each of the purported co-plaintiffs that if either wished to proceed with an individual action he must notify the court within fourteen days.  *Id.* at 6.  The court cautioned them that failure to do so would result in a recommendation of dismissal from this action.  The time for acting has passed and neither of the purported co-plaintiffs have responded to the court's order.  The court infers, therefore, that neither of them wishes to proceed with his case.

  Accordingly, IT IS RECOMMENDED that the complaint by purported co-plaintiffs Topaz Johnson and Ian Henderson be dismissed without prejudice.

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 2, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2