UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JONES, JR.,<br><br>Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>Defendants. | No. 2:22-cv-01235-TLN-EFB<br><br><br><br>**ORDER** |

Plaintiff Kevin Jones, Jr., is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2022, are ADOPTED IN FULL; and
2. The Complaint by purported co-Plaintiffs Topaz Johnson and Ian Henderson is DISMISSED without prejudice.

**DATED: January 2, 2023**

Troy L. Nunley
United States District Judge