# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

KEVIN JONES JR., ET AL.,

CASE NO: **2:22−CV−01235−TLN−EFB**

v.

HIGH DESERT STATE PRISON, ET AL.,

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/07/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **February 8, 2023**

by:  /s/  E. Rodriguez_____
Deputy Clerk