Mr. Topaz Johnson # BK9517
Centinela State Prison
P.O.Box 901, A-3'150L
Imperial, Ca. 92251



FILED

MAR - 1 2023



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN JONES, JR., TOPAZ JOHNSON )    NO. 2:22-cv-01235-TLN-EFB
        Plaintiff, & co-Plaintiff, )
    v.                          )    "NOTICE OF APPEAL"
HIGH DESERT STATE PRISON, et al., )
        Defendants.             )

Comes now, is Mr. Topaz Johnson, co-Plaintiff in the above entitled matter. I am an inmate confined in Centinela State Prison. Today, the 26th day of February, 2023, i am depositing the (NOTICE OF APPEAL), in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

The Complaint was dissmissed without prejudice, January 2, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 02/26/23                              X _Topaz Johnson_

United States District Court for the __EASTERN__
District of __CALIFORNIA__

__Mr. Topaz Johnson__

__Mr. Kevin Jones Jr.__

__Mr. Ian Henderson__

Plaintiff,

vs.

CASE NO. __2:22-cv-01235-TLN-EFB__

__HIGH DESERT STATE PRISON, et at.,__

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that __Ian Henderson, Topaz Johnson, Kevin Jones Jr.__ hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Ninth Circuit from __the order to dismiss__
(the final judgment) (from an
__Without prejudice__ entered in this action on the __2nd__ day of
order (describing it))

__January__, 2023.

(s) X __Topaz Johnson__

Address: __CENTINELA STATE PRISON__

__P.O. Box 901, A-3-150L__

__Imperial, Ca. 92251__

Attorney for __PRO PER.__

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99

PROOF OF SERVICE BY MAIL

(C. C. P. Sec. §1013 (a) and 2015.5; 28 U. S. C. §1746 )

I, **Topaz Johnson**, am a resident of Centinela State Prison, in the County of Imperial, State of California. I am over the age of eighteen (18) years and am a party this action. My state prison address is: Centinela State Prison, 2302 Brown Rd., Imperial, CA 92251.

On **02/26/23**, I mailed the foregoing:

**ONE: NOTICE OF APPEAL FORM AND DECLARATION OF INMATE FILING FORM.**

(Set forth the exact title of document(s) served.)

On the part(s) herein by placing a true copy/copies thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, by handing it over to a California Correctional Officer in order to be deposited in the United States Mail, at : Centinela State Prison, P. O. Box **()901**, Imperial, CA 92251, addresses:

**Clerk's Office**
**U.S. District Court, Eastern District of California**
**Robert T. Matsui United States Courthouse**
**501 I Street, Room 4-200**
**Sacramento, Ca.95814**

There is delivery service by the United States Mail at the so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: **02/26/23**,                                          X _Topaz Johnson_