United States District Court for the CALIFORNIA
District of EASTERN

KEVIN JONES, JR,

Plaintiff,

vs.

HIGH DESERT STATE PRISON, et al.,

Defendant.

**FILED**

MAR 13 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CASE NO. 2:22-cv-01235-TLN-EFB

# NOTICE OF APPEAL

Notice is hereby given that KEVIN JONES, JR., et, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Ninth Circuit from January 2, 2023
(the final judgment) (from an
_____ entered in this action on the ___8___ day of
order (describing it))
March, 2023.

(s) IAN A. HENDERSON
Address: P.O. Box 4430
Lancaster, CA 93539

Attorney for _____

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99

61         FEDERAL RULES OF APPELLATE PROCEDURE         **Form 7**

**Form 7. Declaration of Inmate Filing**

<u>United States District Court of the Eastern District</u>
[insert name of court; for example,

United States District Court for the District of Minnesota]

A.B., Plaintiff
v.
C.D., Defendant
} Case No. <u>2:22-cv-01235-TLN-EFB</u>

I am an inmate confined in an institution. Today, <u>3·8·23</u> [insert date], I am depositing the <u>3·8·23</u> [insert title of document; for example, "notice of appeal"] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here <u>[signature]</u>

Signed on <u>3·8·23</u> [insert date]

[*Note to inmate filers:* If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(C).]

(As added Apr. 28, 2016, eff. Dec. 1, 2016.)